

**FILED**
1/18/2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT



## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jermaine Curtis

_____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Domer # 17299

O tode # 1522

Cutrone # 92588

_____

_____

_____

(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

**RECEIVED**

DEC 2 3 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

1:16-cv-11615
( **Judge Jorge L. Alonso**
( **Magistrate Judge Sheila M. Finnegan**
**PC2**

**CHECK ONE ONLY:**          **AMENDED COMPLAINT**

✓          **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
          U.S. Code** (state, county, or municipal defendants)

_____          **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code** (federal defendants)

_____          **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

Reviewed: 8/2013

Case: 1:16-cv-11615 Document #: 1 Filed: 12/23/16 Page 2 of 6 PageID #:2

I. **Plaintiff(s):**

A. Name: Jermaine Curtis

B. List all aliases: NA

C. Prisoner identification number: 2016 0713037

D. Place of present confinement: Cook Count. Courtney

E. Address: P.O BOX 089002 Chicago ILL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Domer # 17299

Title: Chicago Police officer

Place of Employment: District # 7

B. Defendant: O tode # 1522

Title: Chicago Police officer

Place of Employment: District # 7

C. Defendant: Cutrone # 9258

Title: Chicago police officer

Place of Employment: District # 7

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Reviewed: 8/2013

Case: 1:16-cv-11615 Document #: 1 Filed: 12/23/16 Page 3 of 6 PageID #:3

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N A _____

B. Approximate date of filing lawsuit: _____ N A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N A _____

D. List all defendants: _____ N A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N A _____

F. Name of judge to whom case was assigned: _____ N A _____

G. Basic claim made: _____ N A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N A _____

I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

Case: 1:16-cv-11615 Document #: 1 Filed: 12/23/16 Page 4 of 6 PageID #:4

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case.  Describe how each defendant is involved, including names, dates, and places.  **Do not give any legal arguments or cite any cases or statutes.**  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

ON July 12th at Approx 259 pm I was removed from the passenger seat of the vehicle during a traffic stop of the driver by Sgt Domer of 7th District chicago police Department upon removal from vehicle I was forced to the ground by Sgt Domer Star # 17299 and also officer otode star # 1522 and also officer Cutrone # 9258 at which time my hands were placed behind my back while Sgt Domer and officer otode and Cutrone proceeded to land blows to my face head rib and Back for several minutes after such time I was arrested and place into custody and subsequently charged with Armed habitual Criminal Agg

4

Reviewed: 8/2013

Case: 1:16-cv-11615 Document #: 1 Filed: 12/23/16 Page 5 of 6 PageID #:5

battery / peace officer / resisting
/ obstructing Justins

Reviewed: 8/2013

**V.     Relief:**

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

I would like the Court to reprimand the police officer to the fullest extent of the law and also I would like retribution for the pain and suffering mental and physical anguish and emotional stress for this very unfortunate event.

VI.    The plaintiff demands that the case be tried by a jury.    ☑ YES    ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.  I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _Dec_ day of _14_ , 20 _16_

_Jermaine Curtis_
(Signature of plaintiff or plaintiffs)

_Jermaine Curtis_
(Print name)

_20160713037_
(I.D. Number)

_P.O. Box 089002 Chicago IL 60608_
(Address)

6                                                        Reviewed: 8/2013